# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Nos. 1D18-1083
1D18-2998
(Consolidated for Disposition)

_____

ROGER WILLIAM NELSON,
Former Husband,

   Appellant,

   v.

ISOLDE U. NELSON, Former Wife,

   Appellee.

_____

On appeal from the Circuit Court for Bay County.
Ana Garcia, Judge.

September 5, 2019

PER CURIAM.

   AFFIRMED.

ROWE, JAY, and M.K. THOMAS, JJ., concur.

_____

*Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.*

_____


Jerry L. Rumph, Jr. and Jennifer L. Sweeting of Sweeting &
Rumph, P.A., Tallahassee, for Appellant.

Jeffrey P. Whitton, Panama City, for Appellee.